UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


THOMAS JOHN MUNOZ              )
                               )
v.                             )   Case No. 06 C 5391
                               )
LAURA MERCER COSMETICS         )   Hon. Milton I. Shadur
and GURWITCH PRODUCTS, LLC     )   U.S. District Court Judge
                               )

                 **MEMORANDUM OPINION AND ORDER**

   Thomas John Munoz ("Munoz") has filed a Complaint of Employment Discrimination against his former employer, a Texas limited liability company, using the form provided by this District Court's Clerk's Office to pro se litigants. This memorandum order is issued sua sponte because Munoz has clearly brought this lawsuit in the wrong place.

   Title VII claims may be brought in any of the judicial districts identified in 42 U.S.C. §2000e-5(f)(3). This Northern District of Illinois does not fit any of those alternatives, and the fact that Munoz now lives in this district is immaterial.

   Because the right-to-sue letter issued by EEOC (out of its Detroit field office where Munoz worked) requires that suit be brought within 90 days after his receipt of that letter, a dismissal by this Court (as is permitted by 28 U.S.C. § 1306(a))would mean that a new filing by Munoz would be out of time. To avoid that possibility this Court is of course prepared to <u>transfer</u> his case to an appropriate judicial district (something also permitted by the statute), but it wishes to give Munoz the

opportunity to determine whether the transfer should be made to Michigan (where he worked) or to Texas (where the ex-employer may maintain its employment records).

Accordingly Munoz is granted until October 18, 2006 to file a statement reflecting his wishes in that respect. In the absence of a timely filing, this Court would be constrained to enter an order of dismissal.

Date: October 5, 2006

_____
Milton I. Shadur
United States District Court Judge